UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                   )
I.A.M. NATIONAL PENSION FUND,      )
NATIONAL PENSION PLAN, et al.,     )
                                   )
              Plaintiffs,          )
                                   )
     v.                            )   Case No. 06CV0608 EGS
                                   )
ALUMINUM FINISHING OF GEORGIA      )
  CORP.,                           )
                                   )
              Defendant.           )
_____)
```

### AFFIDAVIT OF SERVICE

I, Erica Leathem, being duly authorized to make service of the Summons & Complaint in the above-entitled action, hereby depose and say:

I am over the age of twenty-one years.

I am not a party to or otherwise interested in the suit.

My business address is: P.O. Box 1052, Troy, NY 12181.

At 1:12 p.m. on the 5th day of April, 2006, I served the within named defendant, Aluminum Finishing of Georgia Corp., by leaving a copy of the Summons & Complaint with Ken Sigsbury, President at 59 Hodges Crossroad (Route 8A), North Adams, MA 01247.

/s/
Process Server

Subscribed and sworn to before me this 6th day of April, 2006.

/s/
Anne M. Leathem
Notary Public
My Commission expires on October 15, 2006.