UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| I.A.M. NATIONAL PENSION FUND, NATIONAL PENSION PLAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALUMINUM FINISHING OF GEORGIA CORP., <br><br> Defendant. | Case No. 06CV0608 EGS |

### VERIFIED STATEMENT IN SUPPORT OF DEFAULT

Joseph P. Martocci, Jr., says that he is one of the attorneys for the plaintiffs in the above-entitled cause; that the defendant, Aluminum Finishing of Georgia Corp., was personally served with process on the 5th day of April, 2006, by service upon Ken Sigsbury, President; that venue is proper in this Court and service in any other district where a defendant resides or may be found is authorized by 29 U.S.C. Section 1132(e)(2); that no appearance has been entered by said defendant; that no answer or other responsive pleading has been received by plaintiffs; that no extension of time has been requested by nor given to the defendant; that the defendant is neither an infant nor an incompetent person; that the time for filing an answer expired on April 25, 2006; that in accordance with 29 U.S.C. Section 1132(h), service by certified mail upon the Secretary of the Treasury was accomplished on April 6, 2006, and service by certified mail upon the Secretary of Labor was accomplished on April 11, 2006.

The Clerk is requested to enter default against said defendant.

I swear under the penalty of perjury that the foregoing information is true and correct this 27th day of April, 2006.

        /s/
Joseph P. Martocci, Jr., #955716
1300 Connecticut Avenue, NW
Suite 300
Washington, DC  20036
(202) 785-2658
jmartocci@iamnpf.org

Attorney for Plaintiffs