UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| I.A.M. NATIONAL PENSION FUND, NATIONAL PENSION PLAN, et al., <br><br>　　　　　　Plaintiffs, <br><br>　　v. <br><br>ALUMINUM FINISHING OF GEORGIA CORP., <br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 06CV0608 EGS<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

　　I hereby certify that a copy of the foregoing Motion for Judgment on Default; Memorandum in Support of Plaintiffs' Motion for Judgment on Default; Verified Statement of Alan W. Skolnick, and attached Exhibits; Verified Statement of Joseph P. Martocci, Jr.; and Proposed Order was placed in the mail, first class proper postage prepaid, this 12th day of July, 2006, addressed to Ken Sigsbury, President, Aluminum Finishing of Georgia Corp., 510 State Road, North Adams, Massachusetts 01247.

　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　Joseph P. Martocci, Jr., #955716
　　　　　　　　　　　　　　　　1300 Connecticut Avenue, NW
　　　　　　　　　　　　　　　　Suite 300
　　　　　　　　　　　　　　　　Washington, DC  20036
　　　　　　　　　　　　　　　　(202) 785-2658
　　　　　　　　　　　　　　　　jmartocci@iamnpf.org

　　　　　　　　　　　　　　　　Attorney for Plaintiffs