AGREEMENT

BETWEEN

ALUMINUM FINISHING OF GEORGIA CORP.

AND

WOODWORKERS DISTRICT LODGE W2,

INTERNATIONAL ASSOCIATION OF MACHINISTS

AND AEROSPACE WORKERS, AFL-CIO

Effective September 22, 2002

through

September 21, 2003

CONTENTS

Article 1-Purpose
Article 2-Union Recognition
Article 3-Union Representation
Article 4-Union Visitation
Article 5-Checkoff
Article 6-Management Rights
Article 7-Discipline and Discharge
Article 8-Work by Supervisors or Non-union Personnel.
Article 9-Seniority
Article 10-Seniority List
Article 11-Job Posting
Article 12-Layoff and Recall
Article 13-Probationary Employees
Article 14-Shift Preference
Article 15-Temporary Transfers
Article 16-Hours of Work and Overtime
Article 17-Call-in and Report-in Pay
Article 18-Grievance Procedure
Article 19-Arbitration
Article 20-No Lockout or Strike
Article 21-Wages
Article 22-Rest Periods
Article 23-Paid Holidays
Article 24-Vacations
Article 25-Funeral Leave
Article 26-Jury Duty
Article 27-Time off for Voting
Article 28-Insurance
Article 29-Health and Safety
Article 30-Shop tools and Safety devices
Article 31-Bulletin Board
Article 32-Leave of Absence
Article 33-Legal Status and Separability
Article 34-Duration, Termination, and Successorship
Article 35-Pension
Article 36-Promotions and Length of Service in Classification
Appendix

This Agreement by and between Aluminum Finishing of Georgia Corp., hereinafter referred to as the "Company", and Woodworkers District Lodge W2, International Association of Machinists and Aerospace Workers, AFL-CIO, and its Local Lodge W 356, hereinafter referred to as the "Union", WITNESSETH:

## ARTICLE 1-PURPOSE

1.1  It is the intent and purpose of the parties hereto that the Agreement shall promote and improve the industrial and economic relationship between the Employer and the Union, and to set forth herein rates of pay, hours of work, and working conditions of employment to be observed between the parties hereto.

1.2  It is recognized by both parties that they have a mutual interest and obligation in maintaining friendly cooperation between the Employer and Union.

## ARTICLE 2-UNION RECOGNITION

2.1  Pursuant to the certification by the NLRB in Case No. 10-RC-14130, the Company agrees to recognize the Union as the sole and exclusive collective bargaining agent for all production and maintenance employees employed by the Employer in its Adel, Georgia locations, but excluding all office employees, professional employees, supervisors, and guards as defined in the act.

## ARTICLE 3-UNION REPRESENTATION

3.1  The Union Grievance Committee shall consist of two (2) members from the bargaining unit as hereinafter designated. The Grievance Committee shall be a Chair who shall be a constant member, and the Shop Steward directly involved.

3.2  The Union shall select one Shop Steward from each plant on each shift.

3.3  Stewards will be required to perform fully the duties of their jobs with the Company, the same as any other employee; however, this shall not be construed to prohibit the steward and a grieved employee from discussing a first step grievance with their immediate supervisor during working hours, provided there is no interruption of work as a result of this discussion. Stewards shall perform other duties during times when he is not scheduled to be doing work for the Company.

3.4  The Company shall not be required to recognize any employee as shop steward or as a chief shop steward unless the Union has informed the Company, in writing, of the employee's name, shift, and designation as a shop steward or chief shop steward.

## ARTICLE 4-UNION VISITATION

4.1  Representatives of the Union shall be permitted to enter the Employer's facilities for the purpose of conferring with the Employer and employees for the purpose of administering this agreement and ascertaining whether or not this Agreement is being observed by the parties; provided, however, they first advise the personnel office or plant manager or other person as the Employer shall specify before entering the Employer's premises.

4.2  The Union agrees such visitation shall not in any manner interfere with the Company's business or plant operations or cause the employees to neglect their work. The Union further agrees to provide the names of such Union representatives in writing.

## ARTICLE 5-CHECKOFF

5.1  During the life of this agreement, the Company, on receipt of a properly executed Standard IAM checkoff form from an employee, shall deduct from the pay of such employee the initiation fee and monthly dues (or the equivalent thereof) in the amounts specified in writing to the company by an authorized union official. The amount deducted, together with a list of employees involved, including those for which no deductions were made due to lack of earnings, will be remitted to Woodworkers District Lodge W2, 1962 Madison Avenue, Memphis TN. 38104. The list of employees involved shall include an explanation of why no deductions were made during the pay period in which the first day of the month falls. If an employee is not entitled to a pay check on the first day of any month because he has not earned wages in a prior pay period,

deductions according to the provisions of this article will be made from his earnings on the first pay day after he has returned to the active payroll.

Union Check-Off Authorization: "I authorize my employer to deduct from my wages and forward to the Union; (1) monthly membership dues or an equivalent service fee; and (2) any required initiation or reinstatement fee as set forth in the collective bargaining agreement between the Employer and the Union and the by-laws of the lodge. This authorization shall be irrevocable for one (1) year or until the termination of the collective bargaining agreement between my Employer and the Union, whichever occurs sooner. I agree that this authorization shall be automatically renewed for successive one (1) year periods or until the termination of the collective bargaining agreement, whichever is the lesser, unless I revoke it by giving written notice to my Employer and Union not more than twenty (20) and not less than five (5) days prior to the expiration of the appropriate yearly period or contract term. I expressly agree that this authorization is independent of, and not a quid pro quo for, union membership, but recognizes the value of the services provided to me by the Union. It shall continue in full force and effect even if I resign my union membership, except if properly revoked in the manner prescribed above."

Authorizations submitted under prior language shall continue in full force and effect, and may be revoked in accordance with the terms under which they were executed.

5.2    A properly executed standard IAM checkoff form for each employee for whom dues are to be deducted shall be delivered to the company before any payroll deductions are made. Deductions of dues in the following calendar month.

5.3    The employer agrees to deduct and transmit to the treasurer of the Machinists Nonpartisan political League the amount specified for each pay period from the wages of those employees who voluntarily authorize such contributions on the forms provided for that purpose by the machinists Nonpartisan Political League. These transmittals shall occur monthly and shall be accompanied by a list of the names of those employees for whom such deductions have been made and the amount deducted for each such employee.

### ARTICLE 6-MANAGEMENT RIGHTS

6.1    The management of the Company and the direction of the working forces are vested exclusively with the Employer. Except as expressly and specifically limited by the provisions of this Agreement, the Company has and shall retain the full right of managing its business and operations and the directions of the work force. Such rights of management includes, among other things, but not limited to, the maintenance of discipline and efficiency of employees; the right to hire, layoff, assign, transfer, promote, demote and determine the qualifications of employees; the right to increase, decrease, discontinue, or relocate operations; the right to assign work and duties in accordance with its determination of the needs of the respective jobs; the right to impose discipline, up to and including discharge, upon employees for just cause. The Company shall be the exclusive judge of all matters pertaining to the products to be manufactured, the schedules of production and working times, and the methods, processes, means, and materials to be used.

6.2    It is understood that all rights which the Company has had in the past and those which are inherent in the Company are retained solely by the Company, and where the parties have agree to limit those rights, such limitations are specifically set forth herein and the express terms of this contract shall prevail.

### ARTICLE 7-DISCHARGE AND DISCIPLINE

7.1    The Company retains the sole right to discipline and/or discharge employees for just cause.

7.2    At any investigatory meeting conducted by the Company, at which the employee reasonably believes disciplinary action could result, the employee, upon request, shall have the right to have a Shop Steward present. When a disciplinary layoff, including discharge, is to be given, a Shop Steward or Committeemen will be present provided one is on duty at that time.

7.3    The Union shall be informed in writing of any disciplinary action taken within twenty-four (24) hours, exclusive of holidays and weekends.

7.4    All discipline not administered within five (5) working days of the infraction, shall become void.

## ARTICLE 8-WORK BY SUPERVISORS OR NON-UNIT PERSONNEL

8.1  The parties agree that the best job security comes from having a productive and profitable enterprise. To achieve this, the parties agree that cooperation by all employees, both management and bargaining unit, is essential.

Supervisory and other non-bargaining unit personnel are expected to be a part of the overall team effort. They may perform work necessary for the efficient operation of the plant including incidental, relief, and absentee coverage provided that:

1. They do not displace the bargaining unit employees in such a manner as would deny them work either on a straight time or overtime basis.
2. They do not perform full time duties that would deny bargaining unit employees promotion on the days involved.
3. They do not erode the bargaining unit by replacing absent employees on a frequency that would provide full time employment to a bargaining unit employee.

## ARTICLE 9-SENIORITY

9.1  Seniority is defined as the length of an employee's last period of continuous service with the Company from his last date of employment by the Company. Once an employee has successfully completed his probationary period, the employee will be placed on the seniority list in accordance with the employee's last date of hire. The employee will accrue company seniority for purposes of all benefits and rights contained herein.

Current employees who were employed by Production Anodizing Company on the date of closure shall have their seniority date established on the last date of hire by Production Anodizing. Employees who were employed by Production Anodizing on the date of closure but have not yet been hired by Aluminum Finishing of Georgia shall have their seniority date established on the last date of hire by Production Anodizing after they are rehired by Aluminum Finishing of Georgia. To qualify for this coverage, individuals must not have declined hire previously and must accept hire when offered.

9.2  A new hire shall accumulate no seniority during the first sixty (60) days of employment and shall be considered a probationary employee. After sixty (60) days of employment, the employee's seniority shall date from his date of hire. Seniority for employees hired on the same date shall be determined by alphabetical order of those employees by last name, then first name, the middle name.

9.3  Seniority shall be broken only by discharge, voluntary resignation, failure to return from personal or medical leave of absence as scheduled, layoff in excess of twelve (12) months, failure to report for work within five(5) days after notification of recall, failure to report for work without notice for three (3) consecutive scheduled work days.

## ARTICLE 10-SENIORITY LISTS

10.1  Seniority lists will be posted on the bulletin board. Seniority lists will be brought up to date by the Company at least quarterly, and copies will be mailed to the Local Lodge.

## ARTICLE 11-JOB POSTING

11.1  Promotions for filling permanent vacancies within the bargaining unit shall be made in accordance with this Article.

In the event of a permanent vacancy or a new job or open job is created within the bargaining unit, the Company will post a notice of the job on the plant bulletin boards for a period of forty eight (48) hours (excluding Saturday, Sunday, and recognized holidays). Employees who desire to apply for the open position may do so by completing a job bid within the forty eight hour posting to be submitted to the Company as provided by instructions to be posted on the plant bulletin board. All such applications shall contain the name, date, seniority, the job being applied for, and the employee's qualifications for the position.

Certain skilled jobs require specific qualifications, such as education, experience, and/or technical background and/or aptitude which an employee must have before a job bid can be submitted. Special requirements needed for the job will be indicated in the job posting.

11.2  Job vacancies shall be filled with qualified employees. If two or more candidates are qualified, preference will be given to the employee with the greatest length of Company service. Qualifications shall be determined by the Company subject to review by the grievance procedure.

11.3  In the event that a job cannot be filled by a qualified bidder, the Company, at its discretion, may offer it to the most senior bidder or may hire a new employee from outside the bargaining unit to fill the vacancy.

11.4  Successful bidders for the open position who fail to perform the particular job in a safe and workmanlike manner within a period not to exceed thirty (30) working days will be transferred back to their former jobs.

11.5  Successful bidders may not bid for another job for a period of six (6) months after being awarded the job. Except for proven medical or compelling personal (as determined in good faith by the Company). Down bidding shall not be permitted.

11.6  An opening in the same classification within thirty (30) calendar days of previous posting will not be reposted but rather will be filled from the prior posting.

11.7  The name and seniority date of the successful bidder will be posted following the selection.

## ARTICLE 12-LAYOFF AND RECALL

12.1  When there is a reduction in the workforce, the employee with the least seniority within the affected classification will be removed from that classification provided the remaining employees have the required ability and experience to perform competently the available work. Ability is defined as the capacity to do the job without the need of additional training or familiarization.

12.2  The employee to be laid off shall be permitted to bump the least senior employee in any classification provided the bumping employee has the required seniority and the ability to perform the work of the employee being bumped. Bumped employees may utilize these same provisions.

12.3  Laid off employees will be recalled by seniority to any job vacancy that he has the necessary skills to perform. Displaced employees will return to their original classification upon re-opening of same.

12.4  Recalls shall normally be by telephone. In the event the Company is unable to reach an employee by phone, a recall notice shall be sent to the last address provided to the Employer by the employee by certified mail, with a copy to the Union. Failure to report for work within five (5) calendar days after receipt of a recall notice by the employee will result in the employee's loss of seniority and termination of employment.

In the event an employee cannot be reached by telephone, the Employer may recall the next senior qualified employee it is able to reach by telephone on a temporary basis until the more senior employee responds to the mailed recall notice.

12.5  Each employee is responsible for notifying the Personnel Office of any change of his address and/or telephone number. The failure of the employee to do so will result in the loss of recall and seniority rights.

12.6  If an employee rejects a recall notice, either by telephone or by mail, he shall forfeit recall and seniority rights. Such action will be confirmed by certified mail.

12.7  For purposes of bumping and recall, employees must have demonstrated skills and ability by having held the job to which they are bumping or being recalled to, except those labor jobs which require minimal skills. This demonstration may be met by having permanently held the job or by having provided relief on that job to the extent that ability is proven. There shall be no try out period.

ARTICLE 13-PROBATIONARY EMPLOYEES

13.1   Probationary employees shall be defined as those employees who have completed less than sixty (60) calendar days for the Company. Should such an employee be retained after completion of a period of sixty (60) calendar days, he shall then become a regular employee, and his seniority shall be recorded on the plant-wide seniority list retroactively in accordance with the last date of hire as a new employee.

13.2   Probationary employees shall have no seniority, shall not participate or be eligible for benefits expressed elsewhere in this Agreement, and shall be subject to release by the Company without giving any reason therefor, or being subject to the grievance procedure outlined for regular employees.

ARTICLE 14-SHIFT PREFERENCE

14.1   An employee working in a particular job classification in which there is an open job to be permanently filled may exercise shift preference on the basis of his seniority in the job classification, and the job posted for bidding will be on the shift that is open after exercise of shift preference rights under this Section. Shift preference rights may be exercised under this paragraph only to move to open shifts and not to displace other employees except in the case of a layoff.

14.2   For purposes of this Article, to insure an orderly filling of job openings, an employee will be required to exercise shift preference within fort-eight (48) hours after the opening takes place.

14.3   Employees in base rated classifications may exercise shift preference to move to vacancies in their classification in their department.

ARTICLE 15-TEMPORARY TRANSFERS

15.1   Any employee temporarily advanced to a higher rated job shall receive the higher rate of pay for so long as he performs the job for one (1) hour or more. Employees advanced for the sole purpose of training shall receive their regular rate of pay. Employees temporarily transferred to a lower rated job shall continue to receive their regular rate of pay.

15.2   Temporary vacancies that exist for more than thirty (30) calendar days on those jobs which are normally filled by the bidding procedure shall be filled, if necessary, by the senior (Company Seniority) qualified employee in the department who desires to fill the vacancy. If nobody desires the position, the junior qualified employee shall be appointed. This employee shall not accrue seniority on this job and shall be returned to his regular job when the absent employee returns.

ARTICLE 16-HOURS OF WORK AND OVERTIME

16.1   Eight consecutive hours shall constitute a regular workday. Forty (40) hours of five (5) consecutive days, Monday through Friday, inclusive, shall constitute a regular scheduled workweek.

16.2   The overtime rate of one and one-half (1-1/2) times the regular straight-time rate for the job being performed shall be paid for all hours or parts of hours in the following instances:

   1. Work in excess of eight (8) hours in one day.
   2. Work in excess of forty (40) hours in one week.

There shall be no pyramiding or duplication of overtime payments.

16.3   During slow business periods, in order to provide senior employees with as full a workweek as possible, the Company may schedule employees for four (4) ten (10) hour days. Under such a work schedule, the overtime shall be paid for work in excess of ten (10) hours per day or forty (40) hours per week, but shall not be pyramided or duplicated.

16.4   Assignment of Overtime:

   1. The Company shall have the right to schedule overtime as needed. If the entire plant or department is needed, overtime shall be mandatory.

2. If the entire plant or entire department is not needed, overtime shall be assigned as follows: It shall first be offered in order of seniority to employees regularly assigned to and working on such jobs. If there are not sufficient volunteers, then overtime shall be assigned in reverse order of seniority to those employees regularly working on such jobs.

Notice of overtime shall be given as soon as reasonably possible if known by the Company. Friday overtime schedules shall be posted before the end of the employee's shift on Wednesday. Weekend overtime schedules shall be posted before the end of the employee's shift on Thursday. Notice of daily overtime shall be given four hours before the end of the shift, if possible.

## ARTICLE 17-CALL IN AND REPORT IN PAY

17.1 Each employee, including maintenance employees, regularly scheduled or ordered to report to work who does so shall be provided four (4) hours work, except in the event of an emergency or breakdown beyond the control of the Company or where two (2) hours notice not to report is given by telephone or prior to the start of his regular shift. In the event an employee's regular work is unavailable, this guarantee shall be applicable only if the employee performs whatever work is available and assigned to him. When the employee's regular work is unavailable, the employee, with the consent of the Company, may waive this guarantee and clock out.

17.2 When an employee is required to report for work for an emergency outside his regular working hours, he shall be provided a minimum of four (4) hours work at the applicable rate; provided, however, that this four (4) hour requirement will not apply where the work is scheduled as an extension of the employee's regular shift or where time is scheduled outside the employee's regular working hours for the personal convenience of the employee.

## ARTICLE 18-GRIEVANCE PROCEDURE

18.1 A Grievance is an allegation by an employee or the Union that the Company has violated an express provision of this Agreement.

18.2 A Grievance shall be processed as follows:
STEP ONE: The aggrieved employee shall himself or with a shop steward, within two (2) workdays of the alleged violation, or first knowledge of the alleged violation, first attempt to settle the controversy by conference with his immediate supervisor who shall give him and answer within one (1) work day.
STEP TWO: If the grievance is not satisfactorily settled in Step One, the grievance, within five (5) working days of the violation, shall be reduced to writing and presented to the plant manager. In reducing a grievance to writing, the following information shall be stated with reasonable clearness: the facts giving rise to the grievance, the provision of the Agreement alleged to have been violated, the name(s) of the aggrieved employee(s), and the remedy sought. The plant manager shall meet as soon as possible with the Grievance Committee to review the grievance. The plant manager shall provide a written answer within three (3) working days after such meeting to the Chair of Grievance Committee.

NOTE: In applying the time limits set forth in Steps One and Two, the term "first knowledge" shall refer to that time when the employee has actual knowledge, or reasonable should have had actual knowledge, whichever is sooner.
STEP THREE: If the grievance is not resolved at Step Two, the employee, not later than five (5) working days after receipt of the plant manager's written response, may file a written appeal of that answer to the Director of Personnel.

Not later than ten (10) working days after receipt of the written appeal, the Director of Personnel, or his designee, shall meet with the Grievance Committee and the Union Chairman. The Director of Personnel shall provide a written response to the grievance within five (5) working days after such meeting to the Union Chairman and the Union Representative.

The Step Three meeting shall be scheduled with the Union Business Representative and the time limits may be extended in writing, if necessary to allow this scheduling but no more than what is actually necessary.

18.3  The time limitations set forth in the Article are of the essence of this Agreement. No grievance shall be accepted by the Company unless it is submitted or appealed within the time limits set forth herein. If the grievance is not timely submitted to Step Two or Three, it shall be deemed to have been settled in accordance with the Company's last answer.

If the Company fails to answer within the time limits set forth herein, the grievance shall automatically proceed to the next step. Time limits set forth herein may, for good cause shown, be extended, in writing, by mutual agreement.

### ARTICLE 19-ARBITRATION

19.1  In the event a dispute is not resolved or settled by means of the Grievance Procedure, the Union may request arbitration by giving the Company written notice of its desire to arbitrate within fourteen (14) calendar days after the Union's receipt of the Company's Step Three Answer. This written notice must be signed by a representative of the Union.

Within seven (7) calendar days following filing of the notice of the desire to arbitrate, the parties shall meet and endeavor to agree upon an arbitrator. If they cannot agree at that time, either party may request the Federal Mediation and Conciliation Service to furnish the parties with a list of seven (7) arbitrators, stating the issue to be decided. After receiving the list of arbitrators, each party, commencing with the Union, shall alternatively strike one name from the list until only on name remains and he shall be the arbitrator. Either party may strike a list in its entirety.

19.2  Absent a special agreement to the contrary, which must be in writing and signed by authorized agents of both parties, each grievance shall concern a single dispute and each grievance upon which arbitration is requested shall be handled by a separate arbitrator in a separate hearing.

19.3  The cost and expense of the arbitrator, as well as all other required expenses of the arbitration, shall be shared equally by the parties; however, each party shall bear the expenses of its own representative, of its own witnesses, and of preparing and presenting its own case.

19.4  1. The jurisdiction and authority of the arbitrator, his opinion and award, and disputes subject to arbitration, shall be strictly limited to interpretation of the written provisions of this Agreement which are submitted in accordance with the applicable provisions of this Agreement, including the specific time limits and other provisions of the Grievance and Arbitration Procedure set forth in this Article.

2. Any award of back wages by an arbitrator shall be limited to the amount of wages the employee would otherwise have earned from employment with the Company during the period involved less any unemployment compensation and replacement wages that such employee may have received from any source during that period; provided further, any employee who is discharged shall have an affirmative duty to undertake diligently any and all responsible efforts to obtain employment and otherwise to mitigate any back pay or other liability in the event an arbitrator awards him back pay. A failure to fulfill this duty shall eliminate any such back pay liability.

3. An arbitrator's decision shall be final and binding on the Union, on all employees, and on the Company, but shall be void insofar as such decision exceeds the arbitrator's authority under this Agreement, passes on matters not expressly made subject to arbitration under this Agreement, is in conflict with existing law, or is otherwise incorrect under existing law.

### ARTICLE 20-NO LOCKOUT OR STRIKE

20.1  For the duration of this Agreement and any renewal or extension thereof, the Union, its officers, agents, committee persons, stewards, representatives, members and all employees covered by this Agreement, shall not authorize, instigate, cause, advocate, aid, encourage, ratify, support or condone, nor shall any of the aforementioned persons take part in any strike, work slowdown, work stoppage, refusal to perform work, product boycott, any other type of boycotting, picketing, sympathy strike, refusal to enter upon the Company's premises, refusal to cross a picket line, or any other interruption of or interference with the business of the Company of any kind whatsoever.

20.2  Participation by an employee in any of the prohibited activities enumerated in this Article shall be grounds for discipline, up to and including discharge. In considering such discipline, an arbitrator's jurisdiction shall be limited to determining whether or not the employee engaged in conduct prohibited by this Article. If he finds the employee was so engaged, the Company's discipline, up to and including discharge, shall not be disturbed. In administering discipline and discharge, the Company may distinguish between leaders and other participants in such prohibited activities and, therefore, may at its discretion administer varying discipline and discharge on this and other grounds.

20.3  The Company shall not lock out employees for the duration of this Agreement. It is understood that a lockout means a voluntary, complete cessation of operations to prevent employees from working. It is further understood that discontinuance, transfer, or any other curtailment of operations, in whole or in part, for business reasons under the provisions of Article 6, Management Rights, shall not be considered a lockout.

## ARTICLE 21-WAGES

21.1  Wages shall be paid in accordance with Appendix.

21.2  No employee shall be paid below the minimum rate effective for his classification as set forth in the Appendix, under any circumstances.

## ARTICLE 22-REST PERIODS

22.1  All employees shall be given a paid ten (10) minute break as near as practicable midway through the first half of his shift, a twenty (20) minute paid lunch break at the midpoint of the shift, and a ten (1) minute paid break as near as practicable midway through the second half of his shift during regular working hours, and a paid ten (1) minute break at the end of every two hours during overtime, premium time, Saturdays or Sunday hours.

## ARTICLE 23-HOLIDAYS

23.1  The following shall be recognized as paid holidays:

  NEW YEARS DAY
  MARTIN LUTHER KING DAY
  MEMORIAL DAY
  GOOD FRIDAY
  INDEPENDENCE DAY
  LABOR DAY
  THANKSGIVING DAY
  DAY AFTER THANKSGIVING DAY
  CHRISTMAS EVE
  CHRISTMAS DAY

23.2  Regular employees who are eligible shall receive eight (8) hours pay at their regular hourly rate for each of the above holidays. Employees scheduled to work four ten hour days shall receive ten (10) hours pay at their regular hourly rate, provided the holiday falls on one of the employee's scheduled work days. If the holiday falls on a non-workday the employee will receive (8) hours pay at his regular rate.

To be eligible, an employee must have completed his probationary period and have worked both his last scheduled day before and his first scheduled day after the holiday, unless excused in advance by his supervisor or absent because of proven illness. An employee scheduled to work on the holiday must also work that day, unless excused in advance by his supervisor or absent because of proven illness. (It is understood that an employee missing work because of leave of absence, layoff, work stoppage, sick leave, or other long term basis is not entitled to holiday pay.)

23.3  Should a paid holiday occur on a Saturday, the preceding Friday shall be observed as the holiday. Should a paid holiday occur on a Sunday, the following Monday will be observed as the holiday.

23.4  If the holiday falls within an employee's vacation, the employee shall be permitted to take the time off on a mutually agreeable date.

## ARTICLE 24-VACATIONS

24.1. Regular full-time employees shall be eligible for vacation in accordance with the following schedule:

1. After one (1) year of service, but less than three (3) years of service, one (1) week vacation with forty (40) hours pay.

2. After three (3) years service, but less than eight (8) years service, two (2) weeks vacation with eighty (80) hours pay.

3. After eight (8) years service, but less that twelve (12) years service, three (3) weeks vacation with one hundred twenty (120) hours pay.

4. After twelve (12) years service, but less than twenty (20) year service, four (4) weeks vacation with one hundred sixty (160) hours pay.

5. After twenty (20) years service, five weeks vacation with two hundred (200) hours pay.

24.2  The provisions in the Section requiring 1200 hours to qualify for vacation shall be waived for eligibility January 1, 1998 for those current employees who were employed by Production Anodizing at the time of closure.

24.3  Vacation pay will be on the basis of eight (8) hours straight-time pay, at the employee's regular classification rate, for each day of vacation eligibility.

24.4  Vacation time must be taken in the year it becomes due. Vacation cannot be carried over from year to year.

24.5  Vacation time must be selected in accordance with the following procedure: On December 1, or the first work day thereafter, the Company shall post in a conspicuous place in each plant a schedule on which employees can designate their preference. This shall remain posted for the month of December. Until December 31, vacation preference shall be by order of seniority. After December 31, vacations shall be selected on a first come, first serve basis.

24.6  Each employee who completes twenty (20) years of service shall receive a one-time bonus of $500.00, to be paid in the December following the employee's anniversary.

## ARTICLE 25-FUNERAL LEAVE

25.1  Subject to the following limitations, when death occurs to a member of an employee's immediate family, the employee will be granted an appropriate leave of absence and shall be compensated for scheduled working time lost at his regular straight time rate, up to three (3) consecutive calendar days, one of which shall be the day of the funeral.

25.2  Members of an employee's immediate family are limited to his spouse, mother, mother-in-law, father, father-in-law, brothers, sisters, sons, daughters, and grandparents.

25.3  No compensation will be granted where the employee does not attend the funeral.

25.4  Compensation during funeral leave will not be counted as hours worked for the purpose of computing overtime.

## ARTICLE 26-JURY DUTY

26.1  An Employee who is required to serve on a jury for the Federal, State, or County Government shall be given a leave of absence for the duration of such service and shall be paid by the Company for each day which he serves on said jury a sum equivalent to the difference between the amount of regular straight time earnings lost and his jury fees. No pay will be received for jury duty if such duty is performed on hours in which the employee is not scheduled to work, except as otherwise provided in the Article. The Company shall be entitled to require proof of qualification when application for payment is made.

26.2 An employee of first shift who is excused from jury duty will not be required to report back to work if there are less than four (4) hours of his regular shift left after dismissal from jury duty.

26.3 An employee whose work schedule is on the second shift and who performs jury service past 11:00 a.m. will be excused from his work shift that day, and shall be paid for time lost just as though jury duty had been performed during scheduled work hours.

26.4 An employee scheduled for jury duty whose work schedule is on the third shift will be excused from his work shift immediately preceding the scheduled jury duty, and shall be paid for time lost just as though jury duty had been performed during the scheduled work hours.

## ARTICLE 27-TIME OFF FOR VOTING

27.1 Employees working all hours while the polls are open and who are qualified to vote and desire to do so, will be given time off, with pay, to vote on election day.

## ARTICLE 28-INSURANCE

28.1 The following changes will be made to the current (Paradigm) plan, effective upon ratification:

|  | Network Provider | Non Network Provider |
|---|---|---|
| Dr's office co-pay (primary care only) | $20 |  |
| ER Co-pay | $150 | $150 |
| Co-Insurance | 80/20%--$7,500 | 60/40%--$7,500 |
| OOP* (single) | $1,500 | $3,000 |
| (family) | $4,500 | $9,000 |
| Wellness | $250 |  |
| Prescription Drugs | $15 (Generic)/$25(Preferred)/$40(Brand Name) | |

Effective 01/01/03, the following changes will be made:

|  | Network Provider | Non Network Provider |
|---|---|---|
| Deductible (single) | $500 | $1,000 |
| (family) | $1,500 | $3,000 |

*Does not include Deductible, Co-Payments, or non-covered expenses. Applies to Co-Insurance (80/20%), 60/40%) only.

Other notes:
1. Out patient surgery paid at Co-Insurance level after deductible.
2. Home Health care limited to 60 visits.
3. Chiro limited to $500 annual benefits.
4. Gynecological services included in $250 wellness benefit.
5. Wellness Benefit for dependent children up to age 19.
6. ER Co-Pay waived if admitted.
7. In-Office surgeries not included under office visit Co-Pay.

28.2 Employee's contribution to the Health care plan will continue at the present level:
Single: $33.41 per month
Family: $161.54 per month

28.3 The parties agree to establish a joint Health Care Committee to evaluate Health car options and manage the health care program in effect.

## ARTICLE 29-HEALTH AND SAFETY

29.1 The company shall make reasonable provisions for the health and safety of its employees during the hours of their employment. The parties will cooperate in the investigating health and safety conditions and will

11

carefully consider reasonable recommendations made by the Union with respect thereto. The parties will cooperate in maintaining the Company's rules regarding health and safety.

29.2 A joint Safety and Health Committee shall be established by the Company for each plant. Employee representatives on the Committee shall consist of the Union Stewards for that plant. Employer representatives shall consist of the Plant Manager and such other representatives appointed by him from time to time.

29.3 The Committee shall meet at mutually agreeable times but not less frequently than once per month. Unless extended by mutual agreement of the all members of the Committee, each meeting of the Committee shall be limited to a duration of one (1) hour.

29.4 Time spent by the employee members of the Committee in attending the meetings of the Committee shall be paid at the employee's regular rate, but such time shall not be considered hours worked for the purpose of computing overtime pay.

29.5 The deliberations or recommendations of the Committee shall be held in confidence and no evidence, either testimonial or documentary, relating to the deliberations and recommendations of the Company shall be admissible in any subsequent litigation between the Company and the Union.

29.6 To the extent a perceived safety problem is raised by a steward at a Safety Committee meeting and not resolved, the steward may present a grievance to the plant manager at the Step Two level.

29.7 Employees injured on the job and who require medical attention as a result of the injury will be paid for all time lost on that shift, provided he/she provides the Company a written statement from the attending physician.

### ARTICLE 30-SHOP TOOLS AND SAFETY DEVICES

30.1 Shop tools and equipment, including safety devices and tools peculiar to Company operation which are currently provided by the Company, shall continue to be furnished by the Company.

### ARTICLE 31-BULLETIN BOARD

31.1 The Company will provide bulletin board space at each plant upon which the Union may post appropriate notices. All notices placed on the bulletin board shall be posted and signed by appropriate Union representatives. Before posting, notices shall be presented to the Plant Manager. Notices shall not be of inflammatory nature and shall be limited to announcements of Union meetings, social affairs, or other official Union notices. Notices pertaining to political candidates or matters not specifically pertaining to the Union's representation of employees shall not be permitted.

### ARTICLE 32-LEAVE OF ABSENCE

32.1 A leave of absence, not to exceed twelve (12) continuous months, shall be granted to any employee unavoidably kept from work by reason of personal sickness or non-occupational accident. Such leave of absence shall be without pay or other contractual benefits except preservation of seniority, and shall only be granted upon written request signed by the employee and recommendation of his attending physician. Upon return from such leave, the employee will be reinstated to his former or equivalent position without loss of seniority, provided that such personal sickness or accident does not prevent the employee from satisfactorily performing said job. The Company, at its option and in its best judgement, may require the employee to submit to a physical examination by a Company-chosen physician and at Company cost, prior to returning the employee to work for the purpose of determining physical ability following absences of this type.

32.2 Permanent employees who leave the employ of the Company for the purpose of entering the Armed Forces of the United States, either by enlistment or conscription, will be re-employed under the provisions of Section Nine (9) of the Universal Military Training and Services Act, provided the returning employee meets all of the conditions of eligibility as set forth in said act.

32.3 Employees, upon written application to the Company setting forth good cause, may be granted a leave of absence in writing, without pay or other contract benefits except preservation of seniority, for a reasonable

time. However, no employee shall be granted a leave of more then ninety (90) days in any one year. Employment elsewhere during a leave of absence, without prior Company approval, shall automatically cancel an employee's seniority and all other rights under this Agreement. It is understood by the parties that the Company may limit the number of employees off on leave of absence in order that production and work standards shall not be impaired.

32.4  By mutual agreement, a leave of absence for one year shall be granted to an employee who has been elected or appointed to a full-time position with the Union. Such leave of absence shall be limited to one employee at a time and shall be without pay and without any contract benefits except preservation of seniority. Such leave may be extended by mutual agreement.

A similar leave of absence shall be available for an employee who is promoted or transferred out of the bargaining unit into a supervisory or management position not covered by the bargaining agreement. Such employee shall retain seniority for a period not to exceed twelve (12) months, unless extended by mutual agreement, but shall not accumulate additional seniority for service outside the bargaining unit.

Upon thirty (30) days written notice, an employee on this type of leave of absence may return to work during the term of a leave of absence. He shall be assigned to that job he left provided his seniority entitles him to it. Upon return, he shall receive the rate of pay for job to which he is assigned.

32.5  An appropriate maternity leave shall be granted eligible employees in line (where applicable) with the leave provided in the first paragraph of this article and in accordance with any applicable law.

### ARTICLE 33-LEGAL STATUS AND SEPARABILITY

33.1  In the event any of the articles, or any portions thereof, of this Agreement shall be declared illegal, the remainder of the Agreement shall remain in full force and effect.

33.2  In the event of any Article or Section is held invalid or enforcement or compliance with which has been restrained, as set forth above, the parties upon request shall enter into immediate collective bargaining negotiations for the purpose of arriving at a mutually satisfactory replacement for such Article or Section during the period of invalidity or restraint.

### ARTICLE 34—DURATION, TERMINATION, AND SUCCESSORSHIP

34.1  This Agreement shall become effective September 22, 2002 and shall remain in full force and effect through September 21, 2003.

34.2  Either party shall give notice, in writing, not less than sixty (60) days in advance of the expiration date of the Agreement to the other party of its desire to modify or to terminate same. Failure to so notify shall automatically renew the conditions and the Agreement for an extended year thereafter, unless such sixty (60) day notice prior to each subsequent anniversary of this Agreement is given.

34.3  Any notice to be given under this Agreement shall be sent by certified mail. If by the Company, it shall be addressed to the office of the Union, Woodworkers District Lodge W-2, International Association of Machinists and Aerospace Workers, AFL-CIO, 1962 Madison Avenue, Memphis, Tennessee 38104. If by the Union, to P. O. Box 490, Adel, Georgia 31620.

34.4  This Agreement shall be binding on the successors and assignees of the parties hereto. No provisions, terms, or obligations herein contained shall be modified, altered, or changed in any way whatsoever by any consolidation, merger, sale, transfer, or assignment, in part or in whole by either party hereto, legal staff, ownership, or management of either party hereto.

34.5  Employees shall not suffer any loss of benefits of any description as a result of any change or transfer of ownership as described above. Any benefits accruing to them as a result of agreements with preceding employers or managements shall continue to be adhered to by succeeding employer or management.

## ARTICLE 35-PENSION

A. The employer shall contribute to the I.A.M. National Pension Fund, National Pension Plan for each hour/day or portion thereof for which employees in all job classifications covered by this Agreement are entitled to receive pay under this agreement as follows:

- $0.25 per hour effective January 1, 1998.
- $0.30 per hour effective January 1, 2000.
- $0.35 per hour effective January 1, 2001.
- $0.40 per hour effective January 1, 2002.

B. The Employer shall continue contributions up to forty (40) hours per week while an employee is off work due to paid vacations or paid holidays.

C. Contributions for a new, probationary, part-time and full-time employee are payable from the date the employee satisfactorily completes his/her sixty (60) day probationary period.

D. The I.A.M. Lodge and Employer adopt and agree to be bound by, and hereby assent to, the Trust Agreement, dated may 1, 1960, as amended, creating the I.A.M. National Pension Fund and the Plan rules adopted by the Trustees of the I.A.M. National Pension Fund in establishing and administering the foregoing Plan, pursuant to the said Trust Agreement, as currently in effect and as the Trust and Plan may be amended from time to time.

E. The parties acknowledge that the Trustees of the I.A.M. National Pension Fund may terminate the participation of the employees and the Employer in the Plan if the successor collective bargaining agreement fails to renew the provisions of this Retirement Article or reduces contribution rate. The parties may increase the contribution rate and/or add job classifications or categories of hours for which contributions are payable.

F. This Article contains the entire agreement between the parties regarding pensions and retirement under this Plan and any contrary provisions in this Agreement shall be void. No oral or written modification of this Agreement shall be binding upon the Trustees of the I.A.M. National Pension Fund. No grievance procedure, settlement, or arbitration decision with respect to the obligation to contribute shall be binding upon the Trustees of the said Pension Fund.

## ARTICLE 36-PROMOTIONS AND LENGTH OF SERVICE IN CLASSIFICATION

36.1  Employees who promote into Class 2,3,4,5 shall, after sixty (60) days, receive an increase equal to 50% of the entry rate and the top rate for that classification. After six months the employee will receive the top rate in the new classification.

36.2  Class 1 employees shall, after sixty (60) days, receive an increase equal to 50% of the difference between the starting rate and the top Class 1 rate, and shall receive the top rate after one (1) year.

APPENDIX - JOB CLASSIFICATION AND WAGE SCHEDULE

A. DESCRIPTION OF JOB CLASSIFICATIONS

Class 1: Production workers (May be assigned to Rack, Set-up rack, Unrack, Pack, Wrap, Clean up, and other work.)

Class 2: Hoist operators, Lineman, Shipping & Receiving, Rack Set-up (Plant 2)

Class 3: Lead Racker, Lead Unracker (Plant 2), Technicians, Q.C. Technicians.

Class 4: Shipping & Receiving Lead Person, Packing Lead Person, Lab and Waste Treatment Technicians, Rackmakers.

Class 5: Plant Lead Person (to be filled at discretion of Company), Maintenance Workers.

B. WAGE SCHEDULE ($/hour straight time)    (As of 9-21-02)

| Class → | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Start | 7.61 | 7.79 | 8.09 | 9.40 | 9.31 |
| Sixty Days | 8.16 | 8.40 | 8.72 | 9.02 | 9.78 |
| Six Months | ---- | 9.01 | 9.31 | 9.63 | 10.22 |
| One Year | 8.70 | ---- | ---- | ---- | ---- |

Effective Monday nearest 3-31-03, increase all wages by three percent (3%).

SIGNATURES

FOR THE UNION

Leon Blocker
Alvimon White
Albert L. Robinson
Mary Tippins

FOR THE COMPANY

Zane Robinson
Jim White

15