## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| I.A.M. NATIONAL PENSION FUND, et al. )<br>Plaintiff(s), )<br> )<br>vs. )<br> )<br>ALUMINUM FINISHING OF GEORGIA CORP. )<br>Defendant(s). ) | Civil Action No. 06-0608 (EGS) |

## NOTICE OF FILING

PLEASE TAKE NOITCE that the attached exhibits are filed in conjunction with Plaintiffs' Motion for Default Judgment filed on July 12, 2006 due to a problem loading the documents into the ECF System.

_____/s/_____
Joseph Patrick Martocci, Jr.
Bar #955716
1300 Connecticut Avenue, NW
Suite 300
Washington, DC 20036
(202) 785-2658
jmartocci@iamnpf.org