| Month | Amount Due | Due Date | Date Received | Liquidated Damages | Interest |
|---|---|---|---|---|---|
| 8/02  | $ 8,358.80 | 9/20/02  | NEVER    | $1,650.40 | $5,746.68 |
| 9/02  | 8,773.20   | 10/20/02 | NEVER    | 1,752.16  | 5,919.74  |
| 10/02 | 5,484.80   | 11/20/02 | NEVER    | 1,096.96  | 3,619.90  |
| 11/02 | 5,900.80   | 12/20/02 | NEVER    | 1,180.16  | 3,805.95  |
| 12/02 | 6,631.60   | 1/20/03  | NEVER    | 1,326.32  | 4,177.77  |
| 1/03  | 6,166.80   | 2/20/03  | NEVER    | 1,234.96  | 3,793.47  |
| 2/03  | 6,679.60   | 3/20/03  | NEVER    | 1,335.92  | 4,007.62  |
| 3/03  | 9,639.20   | 4/20/03  | NEVER    | 1,940.00  | 5,644.47  |
| 4/03  | 7,487.20   | 5/20/03  | NEVER    | 1,497.44  | 4,267.77  |
| 5/03  | 7,360.80   | 6/20/03  | NEVER    | 1,469.20  | 4,084.29  |
| 6/03  | 10,031.20  | 7/20/03  | NEVER    | 2,006.24  | 5,416.92  |
| 7/03  | 7,811.20   | 8/20/03  | NEVER    | 1,562.24  | 3,983.78  |
| 8/03  | 9,922.80   | 9/20/03  | NEVER    | 1,984.56  | 4,911.72  |
| 9/03  | 7,990.40   | 10/20/03 | NEVER    | 1,598.08  | 3,835.52  |
| 10/03 | 7,689.00   | 11/20/03 | 12/26/03 | --------  | --------  |
| 11/03 | 8,711.60   | 12/20/03 | NEVER    | 1,752.08  | 3,923.04  |
| 12/03 | 7,102.40   | 1/20/04  | NEVER    | 1,404.96  | 3,086.16  |
| 1/04  | 7,076.80   | 2/20/04  | NEVER    | 1,400.08  | 2,969.91  |
| 2/04  | 7,647.60   | 3/20/04  | NEVER    | 1,521.60  | 3,096.58  |
| 3/04  | 7,405.60   | 4/20/04  | NEVER    | 1,481.12  | 2,888.08  |
| 4/04  | 9,220.80   | 5/20/04  | NEVER    | 1,844.16  | 3,457.75  |
| 5/04  | 7,362.40   | 6/20/04  | NEVER    | 1,472.48  | 2,650.56  |
| 6/04  | 7,292.40   | 7/20/04  | NEVER    | 1,458.48  | 2,515.97  |
| 7/04  | 6,940.80   | 8/20/04  | NEVER    | 1,338.16  | 2,290.42  |
| 8/04  | 7,740.80   | 9/20/04  | NEVER    | 1,548.08  | 2,438.31  |
| 9/04  | 5,829.60   | 10/20/04 | NEVER    | 1,165.92  | 1,748.80  |
| 10/04 | 6,248.40   | 11/20/04 | NEVER    | 1,249.68  | 1,780.87  |
| 11/04 | 7,453.20   | 12/20/04 | NEVER    | 1,490.64  | 2,012.40  |
| 12/04 | 5,130.00   | 1/20/05  | NEVER    | 1,026.00  | 1,308.15  |
| 1/05  | 6,436.00   | 2/20/05  | NEVER    | 1,287.20  | 1,544.64  |
| 2/05  | 4,516.80   | 3/20/05  | NEVER    | 903.36    | 1,016.25  |
| 3/05  | 5,332.40   | 4/20/05  | NEVER    | 1,066.48  | 1,119.86  |
| 4/05  | 5,389.20   | 5/20/05  | NEVER    | 1,077.84  | 1,050.92  |
| 5/05  | 7,140.40   | 6/20/05  | NEEVR    | 1,428.08  | 1,285.32  |
| 6/05  | 6,490.40   | 7/20/05  | NEVER    | 1,298.08  | 1,070.96  |
| 7/05  | 5,466.80   | 8/20/05  | NEVER    | 1,093.36  | 820.00    |
| 8/05  | 5,066.00   | 9/20/05  | NEVER    | 1,013.20  | 683.91    |
| 9/05  | 4,769.20   | 10/20/05 | NEVER    | 953.84    | 572.32    |
| 10/05 | 5,718.40   | 11/20/05 | NEVER    | 1,143.68  | 600.46    |
| 11/05 | 5,129.60   | 12/20/05 | NEVER    | 1,025.92  | 461.64    |
| 12/05 | 5,194.80   | 1/20/06  | NEVER    | 1,038.96  | 389.60    |
| 1/06  | 6,025.60   | 2/20/06  | NEVER    | 1,205.12  | 361.52    |
| 2/06  | 4,818.00   | 3/20/06  | NEVER    | 963.60    | 216.81    |
| 3/06  | 5,044.80   | 4/20/06  | NEVER    | 1,008.96  | 151.34    |
|       | $291,939.20 |         |          | $58,298.76 | $110,727.85 |

$460,965.81 = Total due as of 7/12/06

EXHIBIT B    06CV608 EGS