UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                  )
I.A.M. NATIONAL PENSION FUND,     )
NATIONAL PENSION PLAN, et al.,    )
                                  )
              Plaintiffs,         )
                                  )
     v.                           )   Case No. 06CV0608 EGS
                                  )
ALUMINUM FINISHING OF GEORGIA     )
  CORP.,                          )
                                  )
              Defendant.          )
_____)
```

VERIFIED STATEMENT OF JOSEPH P. MARTOCCI, JR.

1.   I am one of the attorneys for the Plaintiff Plan in the above-titled action.

2.   In the course of the past year, I have had the opportunity to handle approximately ten delinquency-related cases for the I.A.M. National Pension Fund.

3.   The attorneys' fee in this matter is $1,500.00, based on five hours of time spent at $300.00 per hour.  The time spent consisted of two and one-half hours spent in research and preparation of the Complaint; one-quarter hour in research and preparation of the Motion for Default; and two and one-quarter hours in researching and preparing the Motion for Judgment on Default.

4.   The court costs of $439.45 consists of $178.25 service fee, $250.00 filing fee, and $11.20 service by certified mail, return receipt requested, of the Complaint on the Departments of Labor and Treasury.

-2-

I attest that the foregoing information is true and correct this 12th day of July, 2006.

/S/
_____
Joseph P. Martocci, Jr., #955716
1300 Connecticut Avenue, NW
Suite 300
Washington, DC 20036
(202) 785-2658
jmartocci@iamnpf.org

Attorney for Plaintiffs