**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| I.A.M. NATIONAL PENSION FUND, NATIONAL PENSION PLAN, *et al.*, ) ) ) ) Plaintiffs, ) ) v. ) ) ) ALUMINUM FINISHING OF GEORGIA ) CORP., ) ) Defendant. ) ) | Civil Action No. 06-608 (EGS) |

**O R D E R**

The Court having examined the record herein, and having considered the arguments offered in favor of Plaintiffs' Motion for Judgment on Default, and the Court being of the opinion that the Plaintiffs' Motion for Judgment on Default should be granted, NOW, THEREFORE, it is hereby Ordered, Adjudged and Decreed as follows:

Within two weeks of the filing of this Order, Defendant shall deliver to Plaintiffs a total of $462,905.26, which equals the following: $291,939.20, pension contributions for the months of August, 2002 through and including September, 2003 and November, 2003 through and including March, 2006; together with $58,298.76 in liquidated damages and $110,727.854 in interest calculated in accordance with Plan documents; costs of this action of $439.45; together with a reasonable attorneys' fee of

1

$1,500.00, pursuant to 29 U.S.C. Section 1132 (g)(2).

Should the defendant fail to comply with all the conditions of this Decree, plaintiffs shall have the right to apply to the Court for such relief as may seem appropriate.  This action is dismissed.

Done this 5th day of September, 2006.

**Signed:**    **Emmet G. Sullivan**
**United States District Judge**
**September 5, 2006**